SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BONIFACIO VITUG SAGANA (a/k/a "BONI")**,<br><br>Defendant. | Criminal Case No. 1:22-cr-00002<br><br>**UNITED STATES' EXHIBIT LIST**<br><br>Trial:   July 6, 2023 — 1:00 PM<br>Judge:   Hon. Ramona V. Manglona |

1   The United States hereby submits the attached exhibit list, representing the exhibits it

2  expects to offer into evidence during its case-in-chief.  To the extent possible, the United States

3  would reserve its right to amend or supplement this list in the future as needed.

   Respectfully submitted on July 3, 2023.

                                    SHAWN N. ANDERSON
                                    United States Attorney

                            By:     /s/ Albert S. Flores, Jr.
                                    ALBERT S. FLORES, JR.
                                    Assistant United States Attorney

## UNITED STATES vs. BONIFACIO VITUG SAGANA (a/k/a "BONI")

## UNITED STATES EXHIBIT LIST

| <u>Exh.</u> | <u>Description</u> | <u>Objection(s)</u><br><u>(cite Fed. R. Evid.)</u> | <u>Offered</u> | <u>(A) / (NA)</u> |
|---|---|---|---|---|
| 1. | Photo of Sagana's Toyota Corolla<br>*BVS 168* | | | |
| 2. | Sagana's *Miranda* Rights waiver form<br>*BVS 825* | | | |
| 3. | Sagana's consent to search four vehicles<br>*BVS 420* | | | |
| 4. | Sagana's sworn statement<br>*BVS 827* | | | |
| 5. | Sagana's consent to search residence in Chalan Piao<br>*BVS 826* | | | |
| 6. | Immigration documents in desk of Chalan Piao residence<br>*BVS 828-835* | | | |
| 7. | Bernardita Zata & Diosdado Garcia's BMV records to<br>*BVS 1390-1399; 1415-1422* | | | |
| 8. | Sagana's BMV records<br>*BVS 1265-1278* | | | |
| 9. | Photo of location where Govt Exhibit 9a were found<br>*BVS 144* | | | |
| 9a. | Immigration documents found at Chalan Kanoa residence<br>*BVS 242-330* | | | |
| 10. | Photos of location where Govt Exhibit 10a were found<br>*BVS 198 and 142* | | | |
| 10a. | Immigration documents found at Chalan Kanoa residence<br>*BVS 331-339* | | | |
| 11. | Photo of location where Govt Exhibit 11a were found<br>*BVS 201* | | | |
| 11a. | Immigration documents found at Chalan Kanoa residence<br>*BVS 340-419* | | | |

| | | | | |
|---|---|---|---|---|
| 12. | Photo of documents found on front passenger seat of vehicle **BVS 172** | | | |
| 12a. | Immigration documents found on front passenger seat of vehicle **141 pages between BVS 421-815** | | | |
| 13. | Photo of documents found in back seat of vehicle **BVS 174** | | | |
| 14. | Photo lineup presented to Eric Esteves **BVS 113** | | | |
| 15. | Bernardita Zata's 2017 CNMI Driver's License **BVS 041** | | | |
| 16. | Bernardita Zata's *Miranda* Rights waiver **BVS 075** | | | |
| 17. | Photo lineup presented to Bernardita Zata **BVS 078** | | | |
| 18. | Bernardita Zata's Plea Agreement **BVS 1375-1387** | | | |
| 19. | Diosdado Garcia's *Miranda* Rights waiver **BVS 086** | | | |
| 20. | Diosdado Garcia's 2017 CNMI Driver's License **BVS 087-088** | | | |
| 21. | Photo lineup presented to Diosdado Garcia **BVS 091** | | | |