SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Case No. 1:22-cr-00002 |
| Plaintiff, | |
| vs. | **UNITED STATES' PROPOSED VERDICT FORM** |
| **BONIFACIO VITUG SAGANA (a/k/a "BONI")**, | Trial:     July 6, 2023 — 1:00 PM |
| Defendant. | Judge:   Hon. Ramona V. Manglona |

1

    The United States hereby proposes the attached general verdict form for use at trial.

    Respectfully submitted on July 3, 2023.

SHAWN N. ANDERSON
United States Attorney

By:    */s/ Albert S. Flores, Jr.*
      ALBERT S. FLORES, JR.
      Assistant United States Attorney

**<u>UNITED STATES v. BONIFACIO VITUG SAGANA (a/k/a "BONI")</u>**

**<u>UNITED STATES' PROPOSED VERDICT FORM</u>**

\*     \*     \*

We, the Jury, render the following unanimous verdict:

\*

**<u>COUNT ONE</u>**

As to Count One, Conspiracy to Unlawfully Produce an Identification Document, unanimously find Defendant **BONIFACIO VITUG SAGAN (a/k/a "BONI")**:

|___|                           |___|
**NOT GUILTY**                   **GUILTY**

\*

**<u>CERTIFICATION</u>**

I, as Jury Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____          _____
Jury Foreperson                          Date